IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TOMMY CRAYTON,                )
                              )
          Plaintiff,          )         8:11CV249
                              )
     v.                       )
                              )
L.G. ROLOFF CONSTRUCTION CO., )         ORDER
INC.,                         )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 18). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted; this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court